MLH2 verified statement 030321

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE** | ) | **Case No. 21-20110** |
| | ) | |
| **McELRATH LEGAL HOLDINGS, LLC,** | ) | **Chapter 11** |
| | ) | |
| Debtor. | ) | Document No. |

**VERIFIED STATEMENT REGARDING UNAVAILABILITY OF STATEMENT OF OPERATIONS, CASH-FLOW STATEMENT, AND FEDERAL TAX RETURN PURSUANT TO ORDER ESTABLISHING CASE MANAGEMENT DEADLINES FOR SUBCHAPTER V SMALL BUSINESS CASE**

Attached is a verified statement as to the unavailability of current statement of operations, cash-flow statement, and federal tax return pursuant to order establishing case management deadlines for subchapter v small business case.

Respectfully submitted,

Executed on March 3, 2021

/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN Re:                                    )
                                          )   Case No. 21-20110
McElrath Legal Holdings, LLC,             )
                                          )   Chapter 11
             Debtor.                      )

## VERIFICATION

Debtor, McElrath Legal Holdings, LLC ("Debtor") does not have a current balance sheet, statement of operations, or cash flow statement. Debtor is not required to file federal income tax returns. The most recent profit and loss information for the Debtor is set forth in a summary of monthly operating reports from the Debtor's prior chapter 11 (16-22568). This summary is attached. Debtor's profit and loss information is reported on Schedule C of the personal tax return of Paul W. McElrath, Jr., the sole owner and managing member of the Debtor. Attached is a copy of Paul McElrath's last filed federal income tax return which is for tax year 2014. The Schedule C to the return shows profit and loss information for the Debtor.

I. Paul W. McElrath, Jr., declare and verify under penalty of perjury that the foregoing is true and correct. Executed on January 20, 2021.

/s/ Paul W. McElrath, Jr.
Paul W. McElrath, Jr.
Managing Member of McElrath Legal Holdings, LLC

# Form 1040 — U.S. Individual Income Tax Return — 2014

Department of the Treasury—Internal Revenue Service (99)
OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2014, or other tax year beginning _____, 2014, ending _____, 20 ___   See separate instructions.

Your first name and initial: **PAUL W**
Last name: **MCELRATH**
Your social security number: **XXX-XX-6717**

If a joint return, spouse's first name and initial: _____
Last name: _____
Spouse's social security number: **XXX-XX-0030**

Home address (number and street). If you have a P.O. box, see instructions.
**116 LAKE FOREST ROAD**
Apt. no. _____

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
**VENETIA PA 15367**

Presidential Election Campaign
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☐ You  ☐ Spouse

Foreign country name: _____
Foreign province/state/county: _____
Foreign postal code: _____

**Filing Status** (Check only one box.)
1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☒ Married filing separately. Enter spouse's SSN above and full name here. ▶ **MICHELLE MCELRATH**
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ _____
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**
- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.
- 6b ☐ Spouse
- Boxes checked on 6a and 6b: **1**

6c Dependents: (none listed)
- No. of children on 6c who: lived with you ___ ; did not live with you due to divorce or separation ___
- Dependents on 6c not entered above ___
- Add numbers on lines above ▶ **1**

d Total number of exemptions claimed: _____

**Income**

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 65,417. |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | - |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | -198,611. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions _____   b Taxable amount | |
| 16a | Pensions and annuities _____   b Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits _____   b Taxable amount | |
| 21 | Other income. List type and amount _____ | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | -133,194. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid   b Recipient's SSN ▶ _____ | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 35 | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | -133,194. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    BAA    REV 05/19/15 PRO    Form **1040** (2014)

(COPY)

Form 1040 (2014)                                                                                                       Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | -133,194. |
| | 39a | Check if: ☐ You were born before January 2, 1950, ☐ Blind. ☐ Spouse was born before January 2, 1950, ☐ Blind. Total boxes checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☒ | | |
| Standard Deduction for— | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 7,494. |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 41 | Subtract line 40 from line 38 | 41 | -140,688. |
| | 42 | Exemptions. If line 38 is $152,525 or less, multiply $3,950 by the number on line 6d. Otherwise, see instructions | 42 | 3,950. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0. |
| | 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ | 44 | 0. |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | 46 | |
| • All others: Single or Married filing separately, $6,200 | 47 | Add lines 44, 45, and 46 ▶ | 47 | 0. |
| | 48 | Foreign tax credit. Attach Form 1116 if required . . . . | 48 | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | |
| Married filing jointly or Qualifying widow(er), $12,400 | 50 | Education credits from Form 8863, line 19 | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Child tax credit. Attach Schedule 8812, if required. | 52 | |
| | 53 | Residential energy credits. Attach Form 5695 | 53 | |
| Head of household, $9,100 | 54 | Other credits from Form: a ☐ 3800  b ☐ 8801  c ☐ | 54 | |
| | 55 | Add lines 48 through 54. These are your total credits | 55 | |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 56 | 0. |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60a | Household employment taxes from Schedule H | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| | 61 | Health care: individual responsibility (see instructions)  Full-year coverage ☒ | 61 | |
| | 62 | Taxes from: a ☐ Form 8959.  b ☐ Form 8960  c ☐ Instructions; enter code(s) | 62 | |
| | 63 | Add lines 56 through 62. This is your total tax ▶ | 63 | 0. |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 9,273. |
| | 65 | 2014 estimated tax payments and amount applied from 2013 return | 65 | |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) | 66a | |
| | b | Nontaxable combat pay election  66b | | |
| | 67 | Additional child tax credit. Attach Schedule 8812 | 67 | |
| | 68 | American opportunity credit from Form 8863, line 8 | 68 | |
| | 69 | Net premium tax credit. Attach Form 8962 | 69 | |
| | 70 | Amount paid with request for extension to file | 70 | |
| | 71 | Excess social security and tier 1 RRTA tax withheld | 71 | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | |
| | 73 | Credits from Form: a ☐ 2439 b ☒ Reserved c ☒ Reserved d ☐ | 73 | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments ▶ | 74 | 9,273. |
| **Refund** | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | 75 | 9,273. |
| | 76a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 76a | 9,273. |
| Direct deposit? See instructions. | b | Routing number  X X X X X X X X X  ▶ c Type: ☐ Checking  ☐ Savings | | |
| | d | Account number  X X X X X X X X X X X X X X X X X | | |
| | 77 | Amount of line 75 you want applied to your 2015 estimated tax ▶ | 77 | |
| **Amount You Owe** | 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | |
| | 79 | Estimated tax penalty (see instructions) | 79 | |

**Third Party Designee**  Do you want to allow another person to discuss this return with the IRS (see instructions)?  ☐ Yes. Complete below.  ☒ No

Designee's name ▶             Phone no. ▶             Personal identification number (PIN) ▶

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature   Date   Your occupation: ATTORNEY   Daytime phone number

Joint return? See instructions. Keep a copy for your records.
Spouse's signature. If a joint return, both must sign.  Date  Spouse's occupation   If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

**Paid**  Print/Type preparer's name   Preparer's signature   Date   Check ☐ if   PTIN

| SCHEDULE A (Form 1040) | | Itemized Deductions | | | OMB No. 1545-0074 2014 |
|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | ▶ Information about Schedule A and its separate Instructions is at *www.irs.gov/schedulea*. ▶ Attach to Form 1040. | | | Attachment Sequence No. 07 |
| Name(s) shown on Form 1040 PAUL W MCELRATH | | | | | Your social security number -6717 |

| | | | | | |
|---|---|---|---|---|---|
| Medical and Dental Expenses | | Caution. Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | 4,786. | |
| | 2 | Enter amount from Form 1040, line 38   2   -133,194. | | | |
| | 3 | Multiply line 2 by 10% (.10). But if either you or your spouse was born before January 2, 1950, multiply line 2 by 7.5% (.075) instead | 3 | 0. | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4   4,786. |
| Taxes You Paid | 5 | State and local (check only one box): a ☒ Income taxes, or b ☐ General sales taxes | 5 | 2,708. | |
| | 6 | Real estate taxes (see instructions) | 6 | | |
| | 7 | Personal property taxes | 7 | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | | |
| | 9 | Add lines 5 through 8 | | | 9   2,708. |
| Interest You Paid Note. Your mortgage interest deduction may be limited (see instructions). | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ | 11 | | |
| | 12 | Points not reported to you on Form 1098. See instructions for special rules | 12 | | |
| | 13 | Mortgage insurance premiums (see instructions) | 13 | | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instructions.) | 14 | | |
| | 15 | Add lines 10 through 14 | | | 15 |
| Gifts to Charity If you made a gift and got a benefit for it, see instructions. | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 16 | | |
| | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 | 17 | | |
| | 18 | Carryover from prior year | 18 | | |
| | 19 | Add lines 16 through 18 | | | 19 |
| Casualty and Theft Losses | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | | 20 |
| Job Expenses and Certain Miscellaneous Deductions | 21 | Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ | 21 | | |
| | 22 | Tax preparation fees | 22 | | |
| | 23 | Other expenses—investment, safe deposit box, etc. List type and amount ▶ | 23 | | |
| | 24 | Add lines 21 through 23 | 24 | | |
| | 25 | Enter amount from Form 1040, line 38   25 | | | |
| | 26 | Multiply line 25 by 2% (.02) | 26 | | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | | 27 |
| Other Miscellaneous Deductions | 28 | Other—from list in instructions. List type and amount ▶ | | | 28 |

# Form 6198 (Rev. November 2009)
Department of the Treasury
Internal Revenue Service

## At-Risk Limitations

▶ Attach to your tax return.
▶ See separate instructions.

OMB No. 1545-0712
Attachment Sequence No. 31

Name(s) shown on return: PAUL W MCELRATH

Identifying number: ███-██-6717

Description of activity (see page 2 of the Instructions)
Sch C   MCELRATH LEGAL HOLDINGS LLC

### Part I — Current Year Profit (Loss) From the Activity, Including Prior Year Nondeductible Amounts.
See page 2 of the instructions.

| Line | Description | Amount |
|---|---|---|
| 1 | Ordinary income (loss) from the activity (see page 2 of the instructions) | -198,611. |
| 2 | Gain (loss) from the sale or other disposition of assets used in the activity (or of your interest in the activity) that you are reporting on: | |
| 2a | Schedule D | |
| 2b | Form 4797 | |
| 2c | Other form or schedule | |
| 3 | Other income and gains from the activity, from Schedule K-1 of Form 1065, Form 1065-B, or Form 1120S, that were not included on lines 1 through 2c | |
| 4 | Other deductions and losses from the activity, including investment interest expense allowed from Form 4952, that were not included on lines 1 through 2c | ( ) |
| 5 | Current year profit (loss) from the activity. Combine lines 1 through 4. See page 3 of the instructions before completing the rest of this form | -198,611. |

### Part II — Simplified Computation of Amount At Risk. See page 3 of the instructions before completing this part.

| Line | Description | Amount |
|---|---|---|
| 6 | Adjusted basis (as defined in section 1011) in the activity (or in your interest in the activity) on the first day of the tax year. Do not enter less than zero | 0. |
| 7 | Increases for the tax year (see page 3 of the instructions) | 200,000. |
| 8 | Add lines 6 and 7 | 200,000. |
| 9 | Decreases for the tax year (see page 4 of the instructions) | |
| 10a | Subtract line 9 from line 8 ▶ 10a  200,000. | |
| 10b | If line 10a is more than zero, enter that amount here and go to line 20 (or complete Part III). Otherwise, enter -0- and see Pub. 925 for information on the recapture rules | 200,000. |

### Part III — Detailed Computation of Amount At Risk. If you completed Part III of Form 6198 for the prior year, see page 4 of the instructions.

| Line | Description | Amount |
|---|---|---|
| 11 | Investment in the activity (or in your interest in the activity) at the effective date. Do not enter less than zero | |
| 12 | Increases at effective date | |
| 13 | Add lines 11 and 12 | |
| 14 | Decreases at effective date | |
| 15 | Amount at risk (check box that applies): | |
| 15a | ☐ At effective date. Subtract line 14 from line 13. Do not enter less than zero. | |
| 15b | ☐ From your prior year Form 6198, line 19b. Do not enter the amount from line 10b of your prior year form. | |
| 16 | Increases since (check box that applies): | |
| 16a | ☐ Effective date  b ☐ The end of your prior year | |
| 17 | Add lines 15 and 16 | |
| 18 | Decreases since (check box that applies): | |
| 18a | ☐ Effective date  b ☐ The end of your prior year | |
| 19a | Subtract line 18 from line 17 ▶ 19a | |
| 19b | If line 19a is more than zero, enter that amount here and go to line 20. Otherwise, enter -0- and see Pub. 925 for information on the recapture rules | |

### Part IV — Deductible Loss

| Line | Description | Amount |
|---|---|---|
| 20 | Amount at risk. Enter the larger of line 10b or line 19b | 200,000. |
| 21 | Deductible loss. Enter the smaller of the line 5 loss (treated as a positive number) or line 20. See page 8 of the instructions to find out how to report any deductible loss and any carryover | ( 198,611. ) |

**Note:** *If the loss is from a passive activity, see the Instructions for Form 8582, Passive Activity Loss Limitations, or the Instructions for Form 8810, Corporate Passive Activity Loss and Credit Limitations, to find out if the loss is allowed under the passive activity*

| SCHEDULE C (Form 1040) | Profit or Loss From Business (Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Information about Schedule C and its separate instructions is at *www.irs.gov/schedulec*.<br>▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065. | 2014<br>Attachment Sequence No. 09 |

| Name of proprietor | Social security number (SSN) |
|---|---|
| PAUL W MCELRATH | ▓▓▓-▓▓-6717 |

| A | Principal business or profession, including product or service (see instructions)<br>ATTORNEY; LEGAL SERVICES | B | Enter code from instructions<br>▶ 5 4 1 1 1 0 0 |
|---|---|---|---|
| C | Business name. If no separate business name, leave blank.<br>MCELRATH LEGAL HOLDINGS LLC | D | Employer ID number (EIN), (see instr.)<br>▓▓▓▓▓▓ 0 5 4 5 |
| E | Business address (including suite or room no.) ▶ 432 BOULEVARD OF THE ALLIES | | |
| | City, town or post office, state, and ZIP code    PITTSBURGH, PA 15219 | | |
| F | Accounting method:    (1) ☒ Cash    (2) ☐ Accrual    (3) ☐ Other (specify) ▶ | | |
| G | Did you "materially participate" in the operation of this business during 2014? If "No," see instructions for limit on losses | ☒ Yes | ☐ No |
| H | If you started or acquired this business during 2014, check here    ▶ ☐ | | |
| I | Did you make any payments in 2014 that would require you to file Form(s) 1099? (see instructions) | ☐ Yes | ☒ No |
| J | If "Yes," did you or will you file required Forms 1099? | ☐ Yes | ☐ No |

**Part I   Income**

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked    ▶ ☐ | 1 | 1,150,928. |
| 2 | Returns and allowances | 2 | 7,165. |
| 3 | Subtract line 2 from line 1 | 3 | 1,143,763. |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 1,143,763. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Gross income. Add lines 5 and 6    ▶ | 7 | 1,143,763. |

**Part II   Expenses.** Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 158,341. | 18 | Office expense (see instructions) | 18 | 3,229. |
| 9 | Car and truck expenses (see instructions) | 9 | 23,529. | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | 455. |
| 12 | Depletion | 12 | | b | Other business property | 20b | 35,393. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 21 | Repairs and maintenance | 21 | 13,153. |
| | | | | 22 | Supplies (not included in Part III) | 22 | 11,937. |
| | | | | 23 | Taxes and licenses | 23 | 44,275. |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | 150. |
| 15 | Insurance (other than health) | 15 | 6,883. | b | Deductible meals and entertainment (see instructions) | 24b | 147. |
| 16 | Interest: | | | 25 | Utilities | 25 | 50,339. |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | 509,487. |
| b | Other | 16b | | 27a | Other expenses (from line 48) | 27a | 481,616. |
| 17 | Legal and professional services | 17 | 3,440. | b | Reserved for future use | 27b | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a    ▶ | | | | | 28 | 1,342,374. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | -198,611. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions).<br>Simplified method filers only: enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.<br>• If a profit, enter on both Form 1040, line 12 (or Form 1040NR, line 13) and on Schedule SE, line 2.<br>(If you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you must go to line 32. | | | | | 31 | -198,611. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).<br>• If you checked 32a, enter the loss on both Form 1040, line 12, (or Form 1040NR, line 13) and on Schedule SE, line 2. (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3. | | | | | 32a ☐ All investment is at risk.<br>32b ☒ Some investment is not at risk. | |

Schedule C (Form 1040) 2014                                                                                                    Page 2

**Part III    Cost of Goods Sold** (see instructions)

33  Method(s) used to
    value closing inventory:   a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

| | | |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 |
| 36 | Purchases less cost of items withdrawn for personal use | 36 |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 |
| 38 | Materials and supplies | 38 |
| 39 | Other costs | 39 |
| 40 | Add lines 35 through 39 | 40 |
| 41 | Inventory at end of year | 41 |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on line 4 | 42 |

**Part IV    Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

                                                                                              See Additional Vehicle Information

43  When did you place your vehicle in service for business purposes? (month, day, year)  ▶ _____

44  Of the total number of miles you drove your vehicle during 2014, enter the number of miles you used your vehicle for:

    a  Business _____   b  Commuting (see instructions) _____   c  Other _____

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . ☐ Yes   ☐ No

47a Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

  b If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

**Part V    Other Expenses.** List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---|
| AMORTIZATION | 20,000. |
| BANK/CREDIT AND COLLECTION CHARGES | 10,346. |
| CONTINUING EDUCATION | 633. |
| LEGAL/FILING FEES | 194,497. |
| OUTSIDE SERVICES | 46,107. |
| POSTAGE AND DELIVERY | 19,533. |
| | 80,434 |

PAUL W MCELRATH                                                                                         -6717                1

## Additional information from your 2014 Federal Tax Return

Schedule C (ATTORNEY; LEGAL SERVICES): Profit or Loss from Business
Line 21                                                                                            Itemization Statement

| Description | Amount |
|---|---|
| JANITORIAL | 9,456. |
| R&M | 3,697. |
| Total | 13,153. |

Schedule C (ATTORNEY; LEGAL SERVICES): Profit or Loss from Business
Additional Vehicle Info                                                                            Continuation Statement

| Date Placed in Service | Business Miles | Other Miles | Available for Off Duty Hours? | Other Vehicle Available? | Evidence to Support Dedn? | Is Evidence Written? |
|---|---|---|---|---|---|---|
| 08/01/2013 | 3,200 | 0 | No | Yes | Yes | Yes |
| 08/01/2013 | 18,500 | 0 | No | Yes | Yes | Yes |
| 08/01/2013 | 10,500 | 0 | No | Yes | Yes | Yes |
| 08/01/2013 | 1,250 | 0 | No | Yes | Yes | Yes |

Case 21-20110-CMB   Doc 45   Filed 03/03/21   Entered 03/03/21 09:52:40   Desc Main
Document    Page 10 of 12

MLH2 Financial date for petition

## Most Recent Income and Expense Summaries

### Source - Summary of information from monthly operating reports for July, 2016 through February, 2017, from case no. 16-22568 CMB

| Month | Income | Expenses | Profit (Loss) |
|---|---|---|---|
| July 2016 | 53,918.85 | 24,863.31 | 29,055.54 |
| Aug. 2016 | 84,500.00 | 71,148.09 | 13,351.91 |
| Sept. 2016 | 67,785.10 | 78,389.68 | (10,604.58) |
| Oct. 2016 | 65,919.82 | 55,155.99 | 10,763.83 |
| Nov. 2016 | 54,331.31 | 59,135.76 | (4,804.45) |
| Dec. 2016 | 69,983.86 | 54,412.62 | 15,571.24 |
| Jan. 2017 | 81,485.95 | 61,624.23 | 19,8860.72 |
| Feb. 2017 | 66,235.79 | 52,683.40 | 13,552.39 |
| Total | 544,160.68 | 457,413.08 | 86,747.60 |
| | | | |
| Monthly Average | 68,020.00 | 57,176.63 | 10,843.38 |

**Miscellaneous:**

21-20110 McElrath Legal Holdings, LLC

Type: bk  
Assets: y  

Chapter: 11 v  
Case Flag: Subchapter_V, SmBus, DsclsDue, PlnDue  

Office: 2 (Pittsburgh)

## U.S. Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

Notice of Electronic Filing

The following transaction was received from Gary William Short entered on 1/20/2021 at 11:45 AM EST and filed on 1/20/2021

**Case Name:** McElrath Legal Holdings, LLC  
**Case Number:** 21-20110  
**Document Number:** 6

**Docket Text:**
Tax Information for the Year for 2014 Filed by Debtor McElrath Legal Holdings, LLC (Short, Gary)

The following document(s) are associated with this transaction:

**Document description:** Main Document  
**Original filename:** MLH2 tax info read.pdf  
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1000342144 [Date=1/20/2021] [FileNumber=25568933-0] [205e6e8716123b38787ac98145ee224862f7af4c12cf6117984b4d72be60709a93 80062e438456b4f288ba88e3ada634944df98b5c9ae3deafe1c12f2249ad46]]

**21-20110 Notice will be electronically mailed to:**

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Gary William Short on behalf of Debtor McElrath Legal Holdings, LLC
garyshortlegal@gmail.com, gwshort@verizon.net

Jodi Hause, on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the United States Trustee
jodi.hause@usdoj.gov, David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

**21-20110 Notice will not be electronically mailed to:**

**Miscellaneous:**

21-20110 McElrath Legal Holdings, LLC
Type: bk                    Chapter: 11 v                    Office: 2 (Pittsburgh)
Assets: y                   Case Flag: Subchapter_V,
                            SmBus, DsclsDue, PlnDue

## U.S. Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

Notice of Electronic Filing

The following transaction was received from Gary William Short entered on 1/20/2021 at 11:48 AM EST and filed on 1/20/2021
**Case Name:**        McElrath Legal Holdings, LLC
**Case Number:**      21-20110
**Document Number:** 7

**Docket Text:**
Verified Statement *regarding unavailability of financial information* Filed by Debtor McElrath Legal Holdings, LLC (Short, Gary)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** MLH verification final for filing.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1000342144 [Date=1/20/2021] [FileNumber=25568944-0] [4fe14863e7c0b6724fc3fdaa7a65b77688628c0b983a49711a88e740d5065e4249 bab4f3f8406344bad8bd0fb6d85f92515f9105124101455fe60c9282413c58]]

**21-20110 Notice will be electronically mailed to:**

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Gary William Short on behalf of Debtor McElrath Legal Holdings, LLC
garyshortlegal@gmail.com, gwshort@verizon.net

Jodi Hause, on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the United States Trustee
jodi.hause@usdoj.gov, David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

**21-20110 Notice will not be electronically mailed to:**